# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | NO. 19-0482 |
| | : | |
| DANIEL WEARY | : | |
| | : | |

## ORDER

**AND NOW**, this **9th** day of **April 2021**, having considered the Defendant's Motion For Compassionate Release (ECF No. 70) and the Government's Response In Opposition (ECF No. 74), it is hereby **ORDERED** that the Defendant's Motion For Compassionate Release (ECF No. 70) is **DENIED**.

BY THE COURT:

 /s/ Chad F. Kenney
**CHAD F. KENNEY, JUDGE**